UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Arnold Seiffer,<br><br>Plaintiff,<br>vs.<br><br>Bayer Corporation and Bayer A.G.<br><br>Defendants. | MDL No. 1431<br>Civil Action No. 01-2409 MJD/JGL |

ORDER

(Dismissal of Action)

The Court has reviewed the Stipulation submitted by the parties set forth above. Good cause appearing,

IT IS HEREBY ORDERED that:

1. This matter is dismissed without prejudice;

2. Each party is to bear its own costs.

Dated: May 8, 2002

Hon. Michael J. Davis
UNITED STATES DISTRICT JUDGE

MAY 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK